# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **JANINA S. MONTERO GRANDA,** § § | |
| *Petitioner*, § § | |
| v. § § | |
| **ANGEL GARITE, IN HIS OFFICIAL CAPACITY AS ASSISTANT FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA DE YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR AND SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; MAJ. GEN. CURTIS TAYLOR, IN HIS OFFICIAL CAPACITY AS SENIOR COMMANDER OF FORT BLISS, TEXAS; and PAMELA BONDI, IN HER OFFICIAL CAPACITY AS UNITED STATES ATTORNEY GENERAL,** § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 3:26-CV-00235-LS |
| *Respondents*. § | |

**ORDER FOR SERVICE**

Petitioner Janina S. Montero Grande challenges her custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] Her petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **February 19, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 30, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.